[No. 50174-7-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA EUGENE MANIBUSAN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 99-1-00015-4, Alan R. Hancock and Vickie I. Churchill, JJ., entered March 1, 2002. *Dismissed* by unpublished per curiam opinion.

[No. 50391-0-I.   Division One.   June 16, 2003.]

TERRY IVERSON, *Appellant*, v. SNOHOMISH COUNTY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Snohomish County, No. 01-2-02008-9, Kenneth L. Cowsert, J., entered February 1 and April 3, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy and Ellington, JJ. Now published at 117 Wn. App. 618.

[No. 50404-5-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LARIS L. PETE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10675-5, Anthony P. Wartnik, J., entered April 8, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50421-5-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WALKER, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-1-08461-1, Glenna Hall, J., entered May 7 and 10, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.